#23

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| MANUEL PONCE-TOVAR | CASE NUMBER: 08 CR 2230 DMS / 08mj 1828rbb |

I, __MANUEL PONCE-TOVAR__, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 3, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED JUL - 3 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer